v.

The **STATE** of Texas, Appellee.

No. 27278.

Court of Criminal Appeals of Texas.

Jan. 5, 1955.

Lordie B. **WILLIAMS**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 27288.

Court of Criminal Appeals of Texas.

Jan. 5, 1955.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

---

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The unlawful possession of whisky for sale in a dry area is the offense; the punishment, a fine of $200.

The record is before us without a statement of facts or bills of exception, without which nothing is presented for consideration.

The judgment is affirmed.